# EXHIBIT A

ELECTRONICALLY FILED - 2024 Aug 01 2:31 PM - FLORENCE - COMMON PLEAS - CASE#2024CP2101976

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF FLORENCE | DOCKET NO.: |
| RICHARD E. BROWN, | |
| Plaintiff, | |
| -vs- | **S U M M O N S** |
| | **(JURY TRIAL DEMANDED)** |
| BUC-EE'S SOUTH CAROLINA, LLC, | |
| Defendant. | |

TO:   THE DEFENDANT ABOVE NAMED:

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action of which a copy is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscribers at their office, 1314 Lincoln Street, Columbia, South Carolina, within thirty (30) days after the service thereof, exclusive of the date of such service and if you fail to answer, appear, or defend, judgment by default will be rendered against you for the relief demanded in the Complaint.

*s/Brett A. Owens*
BRETT A. OWENS
Attorney for Plaintiff
S.C. Bar No.: 70529

ATTORNEYS LEE, EADON, ISGETT,
POPWELL AND OWENS, P.A.
Post Office Box 1505
Columbia, South Carolina 29202
Phone: (803) 799-9811

Columbia, South Carolina

August 1, 2024.

ELECTRONICALLY FILED - 2024 Aug 01 2:31 PM - FLORENCE - COMMON PLEAS - CASE#2024CP2101976

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF FLORENCE<br><br>RICHARD E. BROWN,<br><br>     Plaintiff,<br><br> -vs-<br><br><br>BUC-EE'S SOUTH CAROLINA, LLC,<br><br>     Defendant. | IN THE COURT OF COMMON PLEAS<br><br>DOCKET NO.:<br><br><br><br><br>**C O M P L A I N T**<br>**(JURY TRIAL DEMANDED)** |

Plaintiff would respectfully show:

1. Plaintiff, Richard E. Brown, is a resident of the County of Kershaw, State of South Carolina.

2. Defendant, Buc-ee's South Carolina, LLC (hereinafter "Buc-ee's), is a corporation organized and existing under the laws of one of the States of the United States and transacts business, contracts to supply goods, regularly does and solicits business, and derives substantial revenue in the County of Florence, State of South Carolina.

3. The subject matter of this action occurred in Florence County, South Carolina.

4. Jurisdiction and venue are proper in this case pursuant to S.C. Code Ann. §15-78-30(c).

**FACTS**

5. Plaintiff, Richard E. Brown, incorporates the preceding paragraphs as if fully set forth herein.

6. On or about May 22, 2022, Plaintiff was walking on the sidewalk of the Defendant's Florence, South Carolina Buc-ee's. As he was walking on the sidewalk, Plaintiff

1

ELECTRONICALLY FILED - 2024 Aug 01 2:31 PM - FLORENCE - COMMON PLEAS - CASE#2024CP2101976

tripped over a rope that was running from the base of the Buc-ee's inflatable Beaver mascot to the anchor point across the sidewalk.

7. As a result, Plaintiff suffered great physical harm to the body and limbs, specifically the right shoulder, which has caused, and will in the future cause, Plaintiff to undergo much physical pain, suffering, mental anguish, emotional distress, and impairment of health and bodily efficiency, and has also caused, and will in the future cause, Plaintiff to have to spend money for medical services.

8. The sidewalk where the fall occurred is frequently used by pedestrians, and designed for pedestrians to walk on.

9. Plaintiff was authorized to be on this sidewalk, which was created, owned, and maintained by Defendant.

10. Plaintiff was an invitee on this sidewalk and was using it as intended for pedestrian walking.

11. The sidewalks must be properly maintained in a safe and proper manner to safely and effectively serve their intended purpose.

### FOR A FIRST CAUSE OF ACTION
### (NEGLIGENCE)

12. Plaintiff incorporates the preceding paragraphs by reference as if fully set forth herein.

13. Defendant has a duty to Plaintiff and other invitees to properly install, inspect, and maintain the sidewalk so that it safely fulfills the purpose for which it was designed and intended.

14. Defendant owed a duty to Plaintiff and other invitees to ensure that there were no hazards so as to make the sidewalk unsafe for its intended use of walking.

15. Defendant had a duty to exercise reasonable care to protect Plaintiff and other individuals from injury as a result of hazards on the sidewalk.

16. Defendant, by and through its agents, servants, and/or employees had a duty to safely construct, maintain, and repair the sidewalk it owned, installed, and/or controlled.

17. Defendant, by and through its agents, servants, and/or employees had the opportunity, by and through the exercise of reasonable care, to discover the dangerous condition and/or defect that Defendant had intentionally created on the sidewalk.

18. Defendant had the duty and ability to discover and remedy the hazard to prevent injuries to Plaintiff and others by and through its agents, employees, and servants, was in a position to and should have discovered and timely warned members of the public, including Plaintiff, of the hazard on the sidewalk.

19. Prior to the subject incident, Defendant was aware of the dangerous condition of the rope that was holding the inflatable Beaver in place.

20. Defendant failed to timely repair and/or remedy the hazard or provide warning of the hazard.

21. It is and was foreseeable to Defendant that individuals would use the sidewalk as intended for walking.

22. It is and was foreseeable to Defendant that without a safe and properly maintained sidewalk, invitees would fall and be severely injured.

23. At all times material to this action, the Defendant, Buc-ee's, by and through its agents, employees, servants, and/or officers, was careless, negligent, grossly negligent, reckless, wanton, and/or willful at the time and place aforementioned in the following particulars:

    a. In failing to properly maintain the sidewalk at issue;

3

ELECTRONICALLY FILED - 2024 Aug 01 2:31 PM - FLORENCE - COMMON PLEAS - CASE#2024CP2101976

    b.    In installing a hazardous condition on the sidewalk;

    c.    In failing to adequately and timely inspect the sidewalk for obvious defects and tripping hazards;

    d.    In failing to maintain the area in a safe condition;

    e.    In failing to take reasonable steps after notice of the defect to promptly and safely repair, correct, and/or remedy the defects and hazards;

    f.    In failing to provide adequate warning of the dangerous condition;

    g.    In failing to use the degree of care and caution that a reasonably prudent entity would have used under the same or similar circumstances;

    h.    In other such particulars as discovery may show.

All of which were the direct and proximate cause of the injuries and damages suffered by Plaintiff said acts being in violation of the statutory and common laws of the State of South Carolina.

**WHEREFORE**, Plaintiff prays for judgment for actual damages in amounts determined by a jury, for the costs of this action, and for such other and further relief as the Court may deem just and proper.

*s/Brett A. Owens*
BRETT A. OWENS
Attorney for Plaintiff
S.C. Bar No.: 70529

ATTORNEYS LEE, EADON, ISGETT,
POPWELL AND OWENS, P.A.
Post Office Box 1505
Columbia, South Carolina 29202
Phone: (803) 799-9811

Columbia, South Carolina

August 1, 2024.

4

ELECTRONICALLY FILED - 2024 Aug 01 2:31 PM - FLORENCE - COMMON PLEAS - CASE#2024CP2101976

STATE OF SOUTH CAROLINA

COUNTY OF FLORENCE

RICHARD E. BROWN,

    Plaintiff,

-vs-

BUC-EE'S SOUT CAROLINA, LLC,

    Defendant.

IN THE COURT OF COMMON PLEAS

DOCKET NO.: 2024-CP-21-01976

**AFFIDAVIT OF PERSONAL SERVICE**

The undersigned, **W.A. Ducote**, being sworn, says that (s)he served the:

- [x] Summons & Complaint
- [ ] Summons
- [ ] Complaint
- [ ] Plaintiff's Interrogatories to Defendant
- [ ] Plaintiff's Request for Production to Defendant
- [ ] Cover Sheet for Civil Actions
- [ ] Notice of Motion and Motion
- [ ] Certificate of Exemption/Withdrawal From Arbitration and Mediation
- [ ] Notice of Mechanic's Lien
- [ ] Lis Pendens
- [ ] Rule to Show Cause
- [ ] Order
- [ ] Decree
- [ ] Deposition Notice
- [ ] Execution
- [ ] Answer
- [ ] _____ (Other Pleading)

in this action on the Defendant, **Buc-ee's South Carolina, LLC** by delivering same to:

- [ ] the Defendant, _____ personally;
- [ ] _____ a person of discretion at the Defendant's residence; (Note relation to Defendant)
- [x] **BRITTANY HARRIS-COOK** (Person served if corporate Defendant) the **REG. AGENT CT CORPORATION SYSTEM AUTHORIZED TO ACCEPT SERVICE** (Title)
  At its place of business; **2 OFFICE PARK COURT STE 103 COLUMBIA, S.C.**

Military Status: [ ] Military  [ ] Non-Military  Branch of Service: _____

and leaving with [ ] him / [x] her **1** copy(ies) of the same at _____ on the **7TH** day of **AUGUST**, 2024 [ ] AM [x] PM **12:42**, and that (s)he knows the person so served to be the Defendant mentioned and described in the pleading(s) served, and that the Deponent is not a party to nor interested in the action.

SWORN to before me this **7th** day of **August**, 2024.

_Moni S Cordell_
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: **11/1/2033**

_WA Ducote_
Process Server